# EXHIBIT 2

12/18/2020 2:40:32 PM

NO. _____

JEFFERSON COUNTY CIRCUIT COURT
DIVISION _____
JUDGE _____

JENNIFER MILLER

PLAINTIFF

v.

BENJAMIN WHEELDON

DEFENDANTS

2702 Paoli Pike
Apt. 305
New Albany, IN 47150

       Serve: Kentucky Secretary of State
          Office of Summons Branch
          700 Capital Ave., Suite 86
          Frankfort, KY 40601

And

PILLAR SERVICES, LLC
Registered Agent: Benjamin Wheeldon
          2702 Paoli Pike
          Apt. 305
          New Albany, IN 47150

       Serve: Kentucky Secretary of State
          Office of Summons Branch
          700 Capital Ave., Suite 86
          Frankfort, KY 40601

And

STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY
       SERVE: Corporation Service Company
          421 West Main Street
          Frankfort, KY 40601

## **COMPLAINT**

***"Electronically Filed"***

\*   \*   \*   \*   \*

12/18/2020 2:40:32 PM

Comes now the Plaintiff, Jennifer Miller, by counsel, and for her Complaint states as follows:

1.    The Plaintiff, Jennifer Miller, is and was at all times mentioned herein a resident of the City of Louisville, Jefferson County, Kentucky.

2.    The Defendant, Benjamin Wheeldon, is and was at all times mentioned herein a resident of the City of New Albany, Floyd County, Indiana.

3.    The Defendant, State Farm Mutual Automobile Insurance Company (hereinafter "State Farm"), is and was at all times mentioned herein licensed to do business and in fact doing business in the state of Kentucky.

4.    The Defendant, Pillar Services, LLC, is and was at all times mentioned herein a business licensed to do business in Kentucky and Indiana.

5.    The Plaintiff was, at the time of the accident on February 22, 2019, an insured under a policy of insurance with State Farm, which among other coverage provided the Plaintiff with under-insured motorist coverage; upon which policy premiums were paid and which policy was in full force and effect on the date of the accident referred to above.

6.    The Plaintiff is demanding payment from State Farm in accordance with the under-insured provisions of these insurance policies as referred to above, in the amount of these policy limits.

7.    On or about February 22, 2019 in Jefferson County, Kentucky, the Defendant, Benjamin Wheeldon, operated a vehicle in such a careless and negligent manner so as to cause a collision with the vehicle being occupied and/or operated by the Plaintiff.

8.    The Defendant, Benjamin Wheeldon, was acting within the scope of his employment with Pillar Services, LLC at the time of said collision.

9.     As a direct and proximate result of the Defendant's negligence, and further as a substantial factor of same, the Plaintiff was caused to suffer severe and permanent physical injuries and damages in an amount within the jurisdiction of this Court.

10.     That the threshold requirements of KRS 304 Chapter 39 have been met.

**WHEREFORE,** Plaintiff respectfully requests as follows:

1.     Judgment against the Defendants, Benjamin Wheeldon, Pillar Services, LLC and State Farm, in an amount within the jurisdiction of this Court for the following:

    a.  Past and future medical expenses; and

    b.  Past and future: physical and mental pain and suffering, emotional distress and inconvenience; and

    c.  Lost wages; and

    d.  Diminished capacity to labor and earn income.

2.     Trial by Jury.

3.     All fees and costs associated with this action.

4.     All further relief Court may deem just.

Respectfully submitted,

Chauncey R. Hiestand, Esq.
Patricia Morris, Esq.
Winton & Hiestand Law Group, PLLC
905 Baxter Avenue
Louisville, KY 40204
Telephone: (502) 882-3133
Fax: (502) 882-3134
crh@wh-lawgroup.com
tmm@wh-lawgroup.com
*Counsel for Plaintiff*

| AOC-E-105      Sum Code: CI<br>Rev. 9-14<br><br>Commonwealth of Kentucky<br>Court of Justice    *Courts.ky.gov*<br><br>CR 4.02; Cr Official Form 1 | <br><br>**CIVIL SUMMONS** | NOT ORIGINAL DOCUMENT<br>12/29/2020 02:45:17 PM<br>85765<br>**Case #: 20-CI-007087**<br>Court:    **CIRCUIT**<br>County:  **JEFFERSON Circuit** |

*Plaintiff,* **MILLER, JENNIFER VS. WHEELDON, BENJAMIN ET AL**, *Defendant*

TO:  **BENJAMIN WHEELDON**
     **2702 PAOLI PIKE**
     **APT. 305**
     **NEW ALBANY, IN 47150**

The Commonwealth of Kentucky to Defendant:

    You are hereby notified that a **legal action has been filed against you** in this Court demanding relief as shown on the document delivered to you with this Summons. **Unless a written defense is made by you or by an attorney on your behalf within twenty (20) days** following the day this paper is delivered to you, judgment by default may be taken against you for the relief demanded in the attached complaint.

The name(s) and address(es) of the party or parties demanding relief against you or his/her (their) attorney(s) are shown on the document delivered to you with this Summons.

*David L. Nicholson*

Jefferson Circuit Clerk
Date: **12/8/2020**

---

## Proof of Service

This Summons was:

☐ Served by delivering a true copy and the Complaint (or other initiating document)

    To: _____

☐ Not Served because: _____

Date: _____, 20_____

                            Served By

                            Title

*Presiding Judge: HON. MITCH PERRY (630267)*

Summons ID: @00000962516
CIRCUIT: 20-CI-007087 Long Arm Statute – SOS - Restricted Delivery
MILLER, JENNIFER VS. WHEELDON, BENJAMIN ET AL

*CI : 000001 of 000001*



**eFiled**

| AOC-E-105    Sum Code: CI |  | NOT ORIGINAL DOCUMENT |
|---|---|---|
| Rev. 9-14 | | 12/29/2020 ~~03:54:04 PM~~ |
| | | 85762 Case #: **20-CI-007087** |
| Commonwealth of Kentucky | | Court: **CIRCUIT** |
| Court of Justice   *Courts.ky.gov* | | County: **JEFFERSON Circuit** |
| CR 4.02; Cr Official Form 1 | **CIVIL SUMMONS** | |

*Plaintiff,* **MILLER, JENNIFER VS. WHEELDON, BENJAMIN ET AL**, *Defendant*

TO:   **BENJAMIN WHEELDON**
     **2702 PAOLI PIKE**
     **APT. 305**
     **NEW ALBANY, IN 47150**

Memo: Related party is PILLAR SERVICES, LLC

The Commonwealth of Kentucky to Defendant:
**PILLAR SERVICES, LLC**

    You are hereby notified that a **legal action has been filed against you** in this Court demanding relief as shown on the document delivered to you with this Summons. **Unless a written defense is made by you or by an attorney on your behalf within twenty (20) days** following the day this paper is delivered to you, judgment by default may be taken against you for the relief demanded in the attached complaint.

The name(s) and address(es) of the party or parties demanding relief against you or his/her (their) attorney(s) are shown on the document delivered to you with this Summons.

*David L. Nicholson*

Jefferson Circuit Clerk
Date: **12/8/2020**

---

## Proof of Service

This Summons was:

☐ Served by delivering a true copy and the Complaint (or other initiating document)

    To: _____

☐ Not Served because: _____

Date: _____, 20 _____

                                                      Served By

                                                      Title

Summons ID: @00000962517
CIRCUIT: 20-CI-007087 Long Arm Statute – SOS - Restricted Delivery
MILLER, JENNIFER VS. WHEELDON, BENJAMIN ET AL

*Presiding Judge: HON. MITCH PERRY (630267)*

*CI : 000001 of 000001*



*eFiled*



| AOC-E-105 | Sum Code: CI | | NOT ORIGINAL DOCUMENT |
|---|---|---|---|
| Rev. 9-14 | | | 12/25/2020 Case #: **20-CI-007087** |
| | | | 857 Court: **CIRCUIT** |
| Commonwealth of Kentucky | | | County: **JEFFERSON Circuit** |
| Court of Justice   *Courts.ky.gov* | | | |
| CR 4.02; Cr Official Form 1 | | **CIVIL SUMMONS** | |

*Plaintiff,* **MILLER, JENNIFER VS. WHEELDON, BENJAMIN ET AL**, *Defendant*

TO:  **CORPORATION SERVICE COMPANY**

  **421 WEST MAIN STREET**

  **FRANKFORT, KY 40601**

Memo: Related party is STATE FARM MUTUAL AUTOMOBILE INSURANCE CO

The Commonwealth of Kentucky to Defendant:
**STATE FARM MUTUAL AUTOMOBILE INSURANCE CO**

  You are hereby notified that a **legal action has been filed against you** in this Court demanding relief as shown on the document delivered to you with this Summons. **Unless a written defense is made by you or by an attorney on your behalf within twenty (20) days** following the day this paper is delivered to you, judgment by default may be taken against you for the relief demanded in the attached complaint.

The name(s) and address(es) of the party or parties demanding relief against you or his/her (their) attorney(s) are shown on the document delivered to you with this Summons.

*David L. Nicholson*

Jefferson Circuit Clerk
Date: **12/8/2020**

---

## Proof of Service

This Summons was:

☐ Served by delivering a true copy and the Complaint (or other initiating document)

  To: _____

☐ Not Served because: _____

  Date: _____, 20 _____      _____
                                                          Served By

                                                    _____
                                                          Title

Summons ID: @00000962518
CIRCUIT: 20-CI-007087 Certified Mail
MILLER, JENNIFER VS. WHEELDON, BENJAMIN ET AL

Presiding Judge: HON. MITCH PERRY (630267)

CI : 000001 of 000001

**eFiled**



NOT ORIGINAL DOCUMENT
04/01/2021 03:09:31 PM
85787

NO. 20-CI-7087

JEFFERSON CIRCUIT COURT
DIVISION THREE (3)
JUDGE MITCH PERRY

JENNIFER MILLER

PLAINTIFF

vs.          **ANSWER OF STATE FARM MUTUAL
AUTOMOBILE INSURANCE COMPANY
*\*ELECTRONICALLY FILED\*\***

BENJAMIN WHEELDON, *et al.*

DEFENDANTS

\* \* \* \* \* \* \* \* \*

Comes the defendant, State Farm Mutual Automobile Insurance Company (hereinafter referred to as "State Farm"), by counsel, and for its Answer to the Complaint filed herein, states as follows:

### FIRST DEFENSE

The Complaint fails, in whole or in part, to state a claim against this defendant upon which relief can be granted.

### SECOND DEFENSE

To the extent the accident, injuries and damages, if any, of which plaintiff complains were caused and brought about by the carelessness and negligence of the plaintiff or persons not yet a party to this suit, then plaintiff's claim against this defendant is therefore barred and/or limited.

### THIRD DEFENSE

Plaintiff's allegations are governed by the provisions of the Kentucky Motor Vehicle Reparations Act.

### FOURTH DEFENSE

Defendant's investigation of this claim is not complete at this time and defendant may have defenses which are not presently known. Therefore, in order to preserve any such defenses, the

NOT ORIGINAL DOCUMENT
04/01/2021 03:09:31 PM
85787

defendant incorporates by reference and adopts as part of its Answer herein, all defenses as set forth in Rules 8 et. seq. and 12 et. seq. of the Kentucky Rules of Civil Procedure and reserves the right to amend its Answer hereto to assert additional defenses and affirmative defenses and to file any Crossclaims, Counterclaims or Third Party Claims which it deems appropriate after discovery.

## FIFTH DEFENSE

Plaintiff's claims are barred and/or limited by the terms and provisions of his policy of insurance with State Farm.  Defendant cites the terms and provisions of the policy itself as the best evidence of any alleged right of recovery asserted herein.

## SIXTH DEFENSE

1.      The defendant assumes the truth of the averments contained in paragraphs 1 and 2 of the plaintiff's Complaint, barring the production of evidence to the contrary.

2.      The defendant admits the averments related to conducting business in Kentucky contained in paragraph 3 of the plaintiff's Complaint.

3.      The defendant assumes the truth of the averments contained in paragraph 4 of the plaintiff's Complaint, barring the production of evidence to the contrary.

4.      The defendant admits the averments contained in paragraphs 5 and 6 of the plaintiff's Complaint only insomuch as they allege the existence of a State Farm policy covering the plaintiff, subject to the exclusions and terms of said policy.

5.      The defendant is without sufficient information to form a belief as to the truth or falsity of the averments contained in paragraphs 7, 8, 9, and 10 of the plaintiff's Complaint and thus, denies same.

6.      Any allegation of negligence or unfair dealings on this defendant's part is specifically denied.

Filed        20-CI-007087        12/29/2020        David L. Nicholson, Jefferson Circuit Clerk

NOT ORIGINAL DOCUMENT
04/01/2021 03:09:31 PM
85787

7.        Any allegation not specifically admitted is denied.

## CROSSCLAIM

Comes now the defendant, State Farm Mutual Automobile Insurance Company, by counsel, and for its Crossclaim against co-defendant, Benjamin Wheeldon, states as follows:

1.        That plaintiff's Complaint alleges that plaintiff has sustained injuries and damages as a result of the negligence of defendant, Benjamin Wheeldon.

2.        That State Farm issued a policy of automobile liability insurance covering the plaintiff, which contained underinsured motorist coverage.

3.        That plaintiff has alleged entitlement to said benefits.

4.        In the event State Farm is required to make any payments to plaintiff pursuant to the underinsured motorist coverage as a result of co-defendant Benjamin Wheeldon's alleged negligence, complete indemnity is demanded from Benjamin Wheeldon.

WHEREFORE, defendant, State Farm Mutual Automobile Insurance Company, demands as follows:

1.        Dismissal of plaintiff's Complaint against it in its entirety;

2.        Apportionment of fault as may be deemed appropriate by the evidence introduced at trial;

3.        Judgment in favor of State Farm against co-defendant, Benjamin Wheeldon, for any sums it is required to pay plaintiff pursuant to its underinsured motorist coverage;

4.        Its costs herein expended;

5.        Trial by jury;

6.        All other relief to which it may be deemed entitled, including leave to file amended and supplemental pleadings as may be deemed appropriate by the evidence introduced at trial.

Filed          20-CI-007087          12/29/2020          David L. Nicholson, Jefferson Circuit Clerk
NOT ORIGINAL DOCUMENT
04/01/2021 03:09:31 PM
85787

DILBECK & MYERS, PLLC


/s/ Mary S. Johnson
_____

MARY S. JOHNSON
8005 Lyndon Centre Way, Suite 201
Louisville, Kentucky 40222
(502) 595-6500

## CERTIFICATE

It is hereby certified that on December 29th, 2020, a copy of the foregoing was mailed or electronically served (if elected) to the following:

Hon. Chauncey Heistand
905 Baxter Avenue
Louisville, Kentucky 40204

Mr. Benjamin Wheeldon
2702 Paoli Pike
Apt. 305
New Albany, Indiana 47150


/s/ Mary S. Johnson
_____

MARY S. JOHNSON

Filed        20-CI-007087        01/20/2021        David L. Nicholson, Jefferson Circuit Clerk

NOT ORIGINAL DOCUMENT
04/01/2021 03:10:00 PM
85787

COMMONWEALTH OF KENTUCKY
JEFFERSON CIRCUIT COURT
DIVISION THREE (3)
CIVIL ACTION NO. 20-CI-007087
*Electronically Filed*

JENNIFER MILLER                                                       PLAINTIFF

v.

BENJAMIN WHEELDON                                                     DEFENDANTS

and

PILLAR SERVICES, LLC


## **ANSWER OF DEFENDANTS**
## **BENJAMIN WHEELDON AND PILLAR SERVICES, LLC**

Defendants, Benjamin Wheeldon and Pillar Services, LLC, by counsel, for their Answer to Plaintiff's Complaint filed herein, respectfully state as follows:

1.      Defendants are without information or knowledge sufficient to form a belief as to the truth of the allegations contained in numerical paragraphs 1, 3, 5, and 6 of Plaintiff's Complaint and, therefore, deny same.

2.      Defendants admit the allegations contained in numerical paragraph 2 of Plaintiff's Complaint.

3.      In response to the allegations contained in numerical paragraph 4 of Plaintiff's Complaint, Defendants admit that Pillar Services, LLC is organized under the laws of Indiana and authorized to do business in Kentucky and Indiana. Defendant denies the remaining allegations, if any, contained in numerical paragraph 4 of Plaintiff's Complaint.

4.      Defendants deny the allegations contained in numerical paragraphs 7 and 9 of Plaintiff's Complaint.

Filed          20-CI-007087      01/20/2021        David L. Nicholson, Jefferson Circuit Clerk

NOT ORIGINAL DOCUMENT
04/01/2021 03:10:00 PM
85787

5.      In response to the allegations contained in numerical paragraph 8 of Plaintiff's Complaint, Defendants admit that Mr. Wheeldon was a member of Pillar Services, LLC on February 22, 2019.  Defendants deny the remaining allegations, if any, contained in numerical paragraph 8 of Plaintiff's Complaint.

6.      Numerical paragraph 10 of Plaintiff's Complaint calls for a legal conclusion to which no response is required. To the extent a response is required, Defendants deny numerical paragraph 10 of Plaintiff's Complaint.

7.      Each and every allegation of Plaintiff's Complaint not specifically admitted herein is hereby expressly denied.

## FIRST DEFENSE

Plaintiff's Complaint fails, in whole or in part, to state a claim against Defendants upon which relief can be granted.

## SECOND DEFENSE

Plaintiff has failed to mitigate their damages, if any, and Defendants rely upon the same as a complete or partial bar to this action.

## THIRD DEFENSE

Plaintiff may have failed to name and join in this action all real parties in interest and/or all indispensable, necessary, and proper parties and Defendants rely upon the same as a complete or partial bar to this action.

## FOURTH DEFENSE

Without waiving their denial of liability, Defendants state that if discovery reveals that Plaintiff's alleged damages were the result of superseding and/or intervening causes, then Defendants are not liable to Plaintiff.

2

Filed        20-CI-007087        01/20/2021        David L. Nicholson, Jefferson Circuit Clerk

NOT ORIGINAL DOCUMENT
04/01/2021 03:10:00 PM
85787

## FIFTH DEFENSE

Plaintiff's Complaint may fail, in whole or in part, for lack of standing, lack of a real case in controversy, estoppel, waiver, assumption of risk, and/or the equitable doctrine of laches.

## SIXTH DEFENSE

Defendants affirmatively state that the Court may lack personal jurisdiction over Defendant(s) and/or that venue may be improper and, therefore, the Complaint should be dismissed.

## SEVENTH DEFENSE

The Complaint demands relief that is not recoverable under applicable law and Defendants raise this as an affirmative defense.

## EIGHTH DEFENSE

Without waiving their denial of liability to Plaintiff, Defendants state that the incident in controversy and alleged damages, if any, may have been the result of a sudden emergency and/or an unavoidable accident.

## NINTH DEFENSE

Without waiving their denial of liability, Defendants state that if discovery reveals Plaintiff's alleged damages were the direct and proximate result of acts or omissions of third parties over whom, or over which, Defendants had no direction and control, then Defendants are not liable to Plaintiff.

## TENTH DEFENSE

Defendants affirmatively state that any damages allegedly sustained by Plaintiff may be the result of Plaintiff's own actions, omissions or wrongdoing or the actions, omissions or wrongdoing of other individuals for whom Defendants are not liable. Defendants rely upon the

3

Filed        20-CI-007087        01/20/2021        David L. Nicholson, Jefferson Circuit Clerk

NOT ORIGINAL DOCUMENT
04/01/2021 03:10:00 PM
85787

negligence/fault of the Plaintiff or others as a partial and/or complete bar to any recovery herein and request an apportionment instruction at the trial of this matter pursuant to KRS 411.182.

## ELEVENTH DEFENSE

Defendants affirmatively plead, pending discovery, that the accident was caused by the negligence of other persons or entities outside the control of the Defendants or, in the alternative, that the negligence of other persons or entities outside the control of the Defendants so contributed to the happening of the accident that it would not have occurred without such negligence and, therefore, the doctrine of comparative fault should be applied to reduce any recovery of the Plaintiff accordingly.

## TWELFTH DEFENSE

Defendants affirmatively plead that the Plaintiff's Complaint is barred by the provisions of the Kentucky Motor Vehicle Reparations Act, as contained in Subtitle 39 of Chapter 304 of the Kentucky Revised Statutes, and incorporate each and every defense under the Act which will be set out more specifically as proof will reveal. Moreover, the Plaintiff is unable to, and should be prohibited from claiming and/or collecting any damages which were paid or payable as basic reparation benefits under the Kentucky Motor Vehicle Reparations Act.

## THIRTEENTH DEFENSE

Subject to what discovery may reveal, Defendants plead and assert that the injuries and damages alleged in the Complaint, if any, were caused and brought about by and were the proximate result of a pre-existing condition, which condition existed prior to the date of the incident, and/or a subsequently occurring injury and/or condition, which was the proximate cause of Plaintiff's alleged injuries and damages or a contributing cause of said injuries and damages, if any, and but for said pre-existing and/or subsequently occurring injury or condition, Plaintiff's

4

Filed        20-CI-007087      01/20/2021       David L. Nicholson, Jefferson Circuit Clerk
NOT ORIGINAL DOCUMENT
04/01/2021 03:10:00 PM
85787

injuries and damages would not and could not have occurred, or in the alternative, would not and could not have been as extensive as alleged in Plaintiff's Complaint. Defendants rely upon said pre-existing and/or subsequently occurring injury or condition as a complete or partial bar to any recovery by Plaintiff on the Complaint filed herein.

### FOURTEENTH DEFENSE

To the extent that there exists any person or entity who has paid any amounts to or for the benefit of Plaintiff on account of events or injuries or damages alleged in the Complaint and who have not been properly notified of their subrogation rights, Plaintiff has failed to comply with KRS 411.188 and the Complaint is barred. Alternatively, Plaintiff is precluded from recovery of amounts which are the subject of subrogation rights. Moreover, to the extent such person or entity exists, Plaintiff is not the real party in interest to the extent of any such payment.

### FIFTEENTH DEFENSE

As an affirmative defense, this Defendant specifically pleads that the Plaintiff's Complaint is barred by the provisions of the Tort Reform Act of 1988, as contained in Chapter 411 of the Kentucky Revised Statutes.

### SIXTEENTH DEFENSE

As an affirmative defense, Defendants plead the doctrine of accord and satisfaction, and the terms of any release or settlement and/or contractual agreement entered into by any parties to this action or non-parties, including any and all contractual agreements of any kind or nature whatsoever that purport to release any claim or claims made against Defendant(s), regardless of when said agreement is finalized and/or executed, including any and all such agreements that may be executed in favor of the Defendants by any party, at any time, past, present, or future.

Filed        20-CI-007087      01/20/2021       David L. Nicholson, Jefferson Circuit Clerk

Filed        20-CI-007087      01/20/2021      David L. Nicholson, Jefferson Circuit Clerk
NOT ORIGINAL DOCUMENT
04/01/2021 03:10:00 PM
85787

## SEVENTEENTH DEFENSE

As an affirmative defense, Defendants state that Plaintiff's medical expense claims, if any, are barred to the extent that total medical bills exceed the amount actually paid by Medicaid, private insurance, or any other collateral source.

## EIGHTEENTH DEFENSE

Subject to what discovery may reveal, Defendants plead that the alleged injuries of Plaintiff may have been caused, in whole or in part, by a failure to properly wear an appropriate available seatbelt restraint device. Accordingly, all or a portion of the injuries alleged by Plaintiff could have been diminished or minimized by the exercise of reasonable care in using available seatbelts and Defendants are entitled to apportionment and comparative fault instructions relating thereto.

## NINETEENTH DEFENSE

Defendants plead any and all affirmative defenses set forth in Rules 8.03 and 12 of the Kentucky Rules of Civil Procedure as if set forth at length herein and specifically state that Plaintiff's claim may be barred by the statute of limitations, lack of jurisdiction and venue, insufficiency of process, insufficiency of service of process, failure to state a claim upon which relief can be granted, and failure to join a party under Rule 19.

## TWENTIETH DEFENSE

Defendants reserve the right to supplement this Answer to Plaintiffs' Complaint and to plead any and all additional defenses and affirmative defenses that arise during the course of the litigation.

WHEREFORE, Defendants, Benjamin Wheeldon and Pillar Services, LLC, demand as follows:

6

Filed        20-CI-007087        01/20/2021        David L. Nicholson, Jefferson Circuit Clerk
NOT ORIGINAL DOCUMENT
04/01/2021 03:10:00 PM
85787

1.      Plaintiff's Complaint be dismissed with prejudice;

2.      Fault be apportioned pursuant to KRS 411.182;

3.      For their costs herein expended;

4.      Trial by jury on all issues so triable; and

5.      For any and all other relief to which they may be entitled.


                                Respectfully submitted,


                                /s/ Thomas E. Stevens
                                Thomas E. Stevens
                                Blackburn Domene & Burchett, PLLC
                                614 W. Main Street, Suite 3000
                                Louisville, KY  40202
                                Phone:  502-584-1600
                                Fax:  502-584-9971
                                tstevens@bdblawky.com
                                Counsel for Defendants


## CERTIFICATE OF SERVICE

It is hereby certified that the foregoing was filed with the above court electronically via the Kentucky CourtNet 2.0 E-filing system, on this 20th day of January, 2021. Electronic filers will receive service by CourtNet. A copy will be emailed to current non-filers.

Chauncey R. Hiestand, Esq.
Patricia Morris, Esq.
Winton & Hiestand Law Group, PLLC
905 Baxter Avenue
Louisville, KY 40204
Counsel for Plaintiff


                                /s/ Thomas E. Stevens
                                Counsel for Defendants

Filed        20-CI-007087        01/20/2021        David L. Nicholson, Jefferson Circuit Clerk

Filed        20-CI-007087      01/21/2021       David L. Nicholson, Jefferson Circuit Clerk

NOT ORIGINAL DOCUMENT
04/01/2021 03:10:22 PM
85787

NO. 20-CI-7087                               JEFFERSON COUNTY CIRCUIT COURT
                                                          DIVISION 3
                                                   JUDGE MITCH PERRY

JENNIFER MILLER                                                        PLAINTIFF

v.       **DEFENDANT STATE FARM MUTUAL AUTOMOBILE
         INSURANCE COMPANY'S RESPONSES TO PLAINTIFF'S
         FIRST SET OF REQUESTS FOR ADMISSION**

BENJAMIN WHEELDON, et al.                                             DEFENDANTS


        Comes the Defendant, State Farm Mutual Automobile Insurance Company, and provides

the following responses to Plaintiff's Requests for Admission. Nothing herein shall be deemed

an admission unless expressly admitted thereto.

                           **REQUESTS FOR ADMISSION**

        **REQUEST NO. 1:**  Admit that Plaintiff, Jennifer Miller, on February 22, 2019, was

insured under a policy of insurance with State Farm, which, among other coverages, provided the

Plaintiff with under-insured motorist coverage.

        **RESPONSE: Admits only that coverage has been extended to Plaintiff for UIM**

**benefits provided under a policy of insurance held by Ashley Dean.**

        **REQUEST NO. 2:**    Admit said policy was in full force and effect on the day of the

incident referred to above.

        **RESPONSE: Admit**.

        **REQUEST NO. 3:**    Admit that on February 22, 2019, Jennifer Miller's vehicle was

struck by an under-insured person.

        **RESPONSE:  Deny. Investigation is ongoing and Defendant is not in position to**

**admit the requested admission.**

Filed        20-CI-007087      01/21/2021        David L. Nicholson, Jefferson Circuit Clerk

NOT ORIGINAL DOCUMENT
04/01/2021 03:10:22 PM
85787

**REQUEST NO. 4:**   Admit that on February 22, 2019, Jennifer Miller had a contract with State Farm wherein State Farm would compensate her for injuries incurred as the result of being struck by an under-insured motorist.

**RESPONSE: Deny. Jennifer Miller has no contracts with State Farm.**

**REQUEST NO. 5:**   Admit that as a result of Benjamin Wheeldon, an under-insured person, colliding with Jennifer Miller's vehicle, her vehicle sustained property damage.

**RESPONSE: Denied to the extent the same admission is denied in No. 3 and denied because Jennifer Miller did not own the vehicle that was involved in the accident.**

**REQUEST NO. 6:**   Admit that State Farm has received medical records documenting that Jennifer Miller has received treatment as a result of the accident on February 22, 2019.

**RESPONSE:  Admits only that State Farm in possession of some records related to Jennifer Miller's medical care.**

**REQUEST NO. 7:**   Admit that State Farm has attempted to negotiate a settlement for the injuries that Jennifer Miller received as a result of being impacted by an under-insured driver.

**RESPONSE:  Deny. State Farm has not begun settlement negotiations as there are underlying policies that are primary for this loss.**

Respectfully Submitted,

DILBECK & MYERS, PLLC

/s/ Mary S. Johnson
MARY S. JOHNSON
8005 Lyndon Centre Way, Suite 201
Louisville, Kentucky 40222
(502) 595-6500

Filed        20-CI-007087      01/21/2021        David L. Nicholson, Jefferson Circuit Clerk

NOT ORIGINAL DOCUMENT
04/01/2021 03:10:22 PM
85787

## CERTIFICATE OF SERVICE

It is hereby certified that on the 21st day of January, 2021, a copy of the foregoing was mailed or electronically served (if elected) to:

Hon. Chauncey R. Hiestand
Winton & Hiestand Law Group, PLLC
905 Baxter Avenue
Louisville, KY 40204


/s/ Mary S. Johnson
MARY S. JOHNSON

Filed          20-CI-007087          01/29/2021          David L. Nicholson, Jefferson Circuit Clerk
NOT ORIGINAL DOCUMENT
04/01/2021 03:10:41 PM
85787

COMMONWEALTH OF KENTUCKY
JEFFERSON CIRCUIT COURT
DIVISION THREE (3)
CIVIL ACTION NO. 20-CI-007087
*Electronic Filing*

JENNIFER MILLER                                                 PLAINTIFF

v.

BENJAMIN WHEELDON, et al.                                       DEFENDANTS

## NOTICE OF SERVICE

Defendant, Pillar Services, LLC, by counsel, hereby gives Notice of Service of its First Set of Interrogatories and Request for Production of Documents Propounded to Plaintiff via electronic mail on January 29, 2021.

## CERTIFICATE OF SERVICE

It is hereby certified that the foregoing was filed with the above court electronically via the Kentucky CourtNet 2.0 E-filing system, on this 29th day of January, 2021. Electronic filers will receive service by CourtNet. A copy will be emailed to current non-filers.

Chauncey R. Hiestand, Esq.
Patricia Morris, Esq.
Winton & Hiestand Law Group, PLLC
905 Baxter Avenue
Louisville, KY 40204
*Counsel for Plaintiff*

Mary Johnson
Dilbeck & Myers
8005 Lyndon Centre Way, Suite 201
Louisville, KY 40222
*Counsel for State Farm Mutual*

                                        */s/ Thomas E. Stevens*
                                        *Counsel for Defendants*

1

Filed          20-CI-007087          01/29/2021          David L. Nicholson, Jefferson Circuit Clerk

Filed        20-CI-007087        02/18/2021        David L. Nicholson, Jefferson Circuit Clerk

NOT ORIGINAL DOCUMENT
04/01/2021 03:10:56 PM
85787

COMMONWEALTH OF KENTUCKY
JEFFERSON CIRCUIT COURT
DIVISION THREE (3)
CIVIL ACTION NO. 20-CI-007087
*Electronic Filing*

JENNIFER MILLER                                               PLAINTIFF

v.

BENJAMIN WHEELDON                                          DEFENDANTS

and

PILLAR SERVICES, LLC

## NOTICE OF SERVICE

Defendant, Benjamin Wheeldon, by and through counsel, hereby gives Notice of Service of his Responses to Plaintiff's First Set of Requests for Admissions via electronic mail on February 18, 2021.

Respectfully submitted,

*/s/ Thomas E. Stevens*
Thomas E. Stevens
Blackburn Domene & Burchett, PLLC
614 W. Main Street, Suite 3000
Louisville, KY 40202
Phone: 502-584-1600
Fax: 502-584-9971
tstevens@bdblawky.com
*Counsel for Defendants*

Filed        20-CI-007087      02/18/2021          David L. Nicholson, Jefferson Circuit Clerk

NOT ORIGINAL DOCUMENT
04/01/2021 03:10:56 PM
85787

## CERTIFICATE OF SERVICE

It is hereby certified that the foregoing was filed with the above court electronically via the Kentucky CourtNet 2.0 E-filing system, on this 18th day of February, 2021. Electronic filers will receive service by CourtNet. A copy will be emailed to current non-filers.

Chauncey R. Hiestand, Esq.
Patricia Morris, Esq.
Winton & Hiestand Law Group, PLLC
905 Baxter Avenue
Louisville, KY 40204
*Counsel for Plaintiff*

Mary Johnson
Dilbeck & Myers
8005 Lyndon Centre Way, Suite 201
Louisville, KY 40222
*Counsel for State Farm Mutual*

/s/ Thomas E. Stevens
*Counsel for Defendants*

Filed        20-CI-007087        02/18/2021        David L. Nicholson, Jefferson Circuit Clerk

NOT ORIGINAL DOCUMENT
04/01/2021 03:11:12 PM
85787

COMMONWEALTH OF KENTUCKY
JEFFERSON CIRCUIT COURT
DIVISION THREE (3)
CIVIL ACTION NO. 20-CI-007087
*Electronic Filing*

JENNIFER MILLER                                                        PLAINTIFF

v.

BENJAMIN WHEELDON                                              DEFENDANTS

and

PILLAR SERVICES, LLC

## **NOTICE OF SERVICE**

Defendant, Pillar Services, LLC, by and through counsel, hereby gives Notice of Service of its Responses to Plaintiff's First Set of Requests for Admissions via electronic mail on February 18, 2021.


Respectfully submitted,


*/s/ Thomas E. Stevens*
Thomas E. Stevens
Blackburn Domene & Burchett, PLLC
614 W. Main Street, Suite 3000
Louisville, KY  40202
Phone:  502-584-1600
Fax:  502-584-9971
tstevens@bdblawky.com
*Counsel for Defendants*

Filed        20-CI-007087        02/18/2021        David L. Nicholson, Jefferson Circuit Clerk

NOT ORIGINAL DOCUMENT
04/01/2021 03:11:12 PM
85787

## CERTIFICATE OF SERVICE

It is hereby certified that the foregoing was filed with the above court electronically via the Kentucky CourtNet 2.0 E-filing system, on this 18th day of February, 2021. Electronic filers will receive service by CourtNet. A copy will be emailed to current non-filers.

Chauncey R. Hiestand, Esq.
Patricia Morris, Esq.
Winton & Hiestand Law Group, PLLC
905 Baxter Avenue
Louisville, KY 40204
*Counsel for Plaintiff*

Mary Johnson
Dilbeck & Myers
8005 Lyndon Centre Way, Suite 201
Louisville, KY 40222
*Counsel for State Farm Mutual*

/s/ Thomas E. Stevens
*Counsel for Defendants*

Filed        20-CI-007087        03/18/2021        David L. Nicholson, Jefferson Circuit Clerk

NOT ORIGINAL DOCUMENT
04/01/2021 03:11:27 PM
85787

*Electronically Filed*

COMMONWEALTH OF KENTUCKY
JEFFERSON CIRCUIT COURT
DIVISION THREE (3)
CIVIL ACTION NO. 20-CI-007087

JENNIFER MILLER                                                    PLAINTIFF

v.

BENJAMIN WHEELDON, ET AL.                              DEFENDANTS

## NOTICE OF SERVICE OF PLAINTIFF'S RESPONSES TO INTERROGATORIES AND REQUEST FOR PRODUCTION OF DOCUMENTS

Notice is hereby given that the Plaintiff, Jennifer Miller, has served upon counsel of

record for the Defendant, Pillar Services, Plaintiff's Responses to Interrogatories and Request for

Production of Documents on March 18 , 2021.

Respectfully submitted,

_____
Chauncey R. Hiestand, Esq.
Patricia Morris, Esq.
Winton & Hiestand Law Group, PLLC
905 Baxter Avenue
Louisville, KY 40204
Telephone: (502) 882-3133
Fax: (502) 882-3134
crh@wh-lawgroup.com
tmm@wh-lawgroup.com
*Counsel for Plaintiff*

## CERTFICATE OF SERVICE

Filed        20-CI-007087        03/18/2021        David L. Nicholson, Jefferson Circuit Clerk
NOT ORIGINAL DOCUMENT
04/01/2021 03:11:27 PM
85787

I hereby certify that a copy of the foregoing was sent by First Class United States Mail, postage prepaid, this 18 day of March , 2021 to:

Thomas Stevens
Blackburn, Domene, Burchett, PLLC
614 W. Main Street
Suite 3000
Louisville, KY 40202
*Counsel for Defendant, Wheeldon and Pillar Services*

Mary Johnson
Dilbeck & Myers
4169 Westport Road
Suite 103
Louisville, KY 40207
*Counsel for Defendant, State Farm*

Chauncey R. Hiestand, Esq.

Filed        20-CI-007087        03/24/2021        David L. Nicholson, Jefferson Circuit Clerk

NOT ORIGINAL DOCUMENT
04/01/2021 03:11:41 PM
85787

NO. 20-CI-7087                                   JEFFERSON CIRCUIT COURT
                                                      DIVISION THREE (3)
                                                     JUDGE MITCH PERRY

JENNIFER MILLER                                              PLAINTIFF

vs.                      **NOTICE OF SERVICE**
                      *ELECTRONICALLY FILED*

BENJAMIN WHEELDON, *et al.*                               DEFENDANTS

* * * * * * * * * *

The Defendant, State Farm, by counsel, hereby gives notice to the Court that it has served

Answers to Interrogatories and Responses to Request for Production of Documents propounded

to the Defendant on all parties of this matter.

                              DILBECK & MYERS, PLLC


                              /s/ Mary S. Johnson
                              Mary S. Johnson
                              8005 Lyndon Centre Way, Suite 201
                              Louisville, KY 40222
                              Telephone: (502) 595-6500
                              Fax: (502) 595-6504
                              *Counsel for Defendant, State Farm*

Filed        20-CI-007087        03/24/2021               David L. Nicholson, Jefferson Circuit Clerk

NOT ORIGINAL DOCUMENT
04/01/2021 03:11:41 PM
85787

## CERTIFICATE OF SERVICE

It is hereby certified that a copy of the foregoing was electronically served, e-mailed or mailed this 24th day of March, 2021to the following:

Chauncey R. Hiestand, Esq.
Patricia Morris, Esq.
Winton & Hiestand Law Group, PLLC
905 Baxter Avenue
Louisville, KY 40204
*Counsel for Plaintiff*

Thomas Stevens
Blackburn Domene Burchett, PLLC
614 W. Main Street
Suite 3000
Louisville, KY 40202
*Counsel for Defendant Benjamin Wheeldon*

/s/ Mary S. Johnson
Mary S. Johnson

COMMONWEALTH OF KENTUCKY
JEFFERSON CIRCUIT COURT
DIVISION THREE (3)
CIVIL ACTION NO. 20-CI-007087
*Electronically Filed*

JENNIFER MILLER                                                                    PLAINTIFF

v.

BENJAMIN WHEELDON, et al.                                                DEFENDANTS

### <u>BENJAMIN WHEELDON AND PILLAR SERVICES, LLC'S<br>ANSWER TO CROSS-CLAIM</u>

Defendants, Benjamin Wheeldon and Pillar Services, LLC, by counsel, for their Answer to State Farm Mutual Automobile Insurance Company's Cross-Claim, filed herein, respectfully state as follows:

1.      The allegations contained in numerical paragraphs 1 and 3 of State Farm's Cross-Claim do not pertain to these Defendants and, therefore, no response is required. To the extent a response is required, these Defendants deny the allegations contained in numerical paragraphs 1 and 3 of State Farm's Cross-Claim.

2.      Defendants are without information or knowledge sufficient to form a belief as to the truth of the allegations contained in numerical paragraph 2 of State Farm's Cross-Claim and, therefore, deny same.

3.      Defendants deny the allegations contained in numerical paragraph 4 of State Farm's Cross-Claim.

4.       Each and every allegation of State Farm's Cross-Claim not specifically admitted herein is hereby expressly denied.

## FIRST DEFENSE

State Farm's Cross-Claim fails to state a claim upon which relief can be granted and, therefore, should be dismissed with prejudice.

## SECOND DEFENSE

Defendants adopt and incorporate by reference their Answer to Plaintiff's Complaint together with all denials, responses, and affirmative defenses stated therein.

## THIRD DEFENSE

Defendants reserve the right to supplement this Answer to State Farm's Cross-Claim and to plead any and all additional defenses and affirmative defenses that arise during the course of the litigation.

WHEREFORE, Defendants, Benjamin Wheeldon and Pillar Services, LLC, demand as follows:

1.      Plaintiff's Complaint and State Farm's Cross-Claim be dismissed with prejudice;

2.      Fault be apportioned pursuant to KRS 411.182;

3.      For their costs herein expended;

4.      Trial by jury on all issues so triable; and

5.      For any and all other relief to which they may be entitled.

Respectfully submitted,

*/s/ Thomas E. Stevens*_____
Thomas E. Stevens
Blackburn Domene & Burchett, PLLC
614 W. Main Street, Suite 3000
Louisville, KY  40202
Phone:  502-584-1600
Fax:  502-584-9971
tstevens@bdblawky.com
*Counsel for Defendants*

2

## <u>CERTIFICATE OF SERVICE</u>

It is hereby certified that the foregoing was filed with the above court electronically via the Kentucky CourtNet 2.0 E-filing system, on this 16th day of April, 2021. Electronic filers will receive service by CourtNet.

Chauncey R. Hiestand, Esq.
Patricia Morris, Esq.
Winton & Hiestand Law Group, PLLC
905 Baxter Avenue
Louisville, KY 40204
*Counsel for Plaintiff*

Mary S. Johnson
8005 Lyndon Centre Way, Suite 201
Louisville, Kentucky 40222
*Counsel for State Farm*

*/s/ Thomas E. Stevens*
*Counsel for Defendants*

3